**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| DEXTER SAFFOLD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 16-cv-03646 |
| ) | |
| PIZZA HUT, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff DEXTER SAFFOLD, *Pro Se,* and Defendant PIZZA HUT OF AMERICA, LLC, by its attorneys, and pursuant Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, stipulate that Plaintiff's claims in his Complaint and this action are hereby dismissed in their entirety, with prejudice. Each party will bear its own fees and costs.

Respectfully and jointly submitted,

DEXTER SAFFOLD                          PIZZA HUT

By: *Dexter Saffold*                    By: *s/ Danielle M. Kays*

Dexter Saffold                          Tracy M. Billows
(dexter9969@att.net)                    (tbillows@seyfarth.com)
737 E. 69th Street, Apt. 304            Danielle M. Kays
Chicago, IL 60637                       (dkays@seyfarth.com)
Telephone: (312) 785-8409               SEYFARTH SHAW LLP
                                        131 South Dearborn Street - Suite 2400
*Pro Se Plaintiff*                      Chicago, Illinois 60603
                                        Telephone:   (312) 460-5000
                                        Facsimile:   (312) 460-7000

Date: April 28, 2016                    *Attorneys for Defendant Pizza Hut of America, LLC*

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| DEXTER SAFFOLD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 16-cv-03646 |
| | ) |
| PIZZA HUT, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**CERTIFICATE OF SERVICE**

I certify that on May 5, 2016, I filed the foregoing **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** with the Clerk of Court using the CM/ECF system, which will automatically send electronic notification of such filing to the following:

> Dexter Saffold
> 737 E. 69th Street, Apt. 304
> Chicago, IL 60637
> *dexter9969@att.net*

*s/ Danielle M. Kays*
Counsel for Defendant

- 2 -